# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| Avery Watkins<br><br>　　　Plaintiff,<br><br>v.<br><br>Universal Fidelity, LP,<br><br>　　　Defendant. | Case No. 3:08-cv-05559-RBL<br><br><br>**STIPULATION OF PARTIAL<br>DISMISSAL WITH PREJUDICE** |

Now comes the parties, by and through counsel, and stipulate that Counts One, Two, Seven, and Eight of the Complaint shall be dismissed with prejudice.

Respectfully submitted,

| LEGAL HELPERS, P.C. | FLOYD, PFLUEGER & RINGER, P.S. |
|---|---|
| By: s/ Richard J. Meier<br>Richard J. Meier, *pro hac vice*<br>233 S. Wacker Drive, Suite 5150<br>Chicago, IL 60606<br>Tel: 1.866.339.1156<br>Fax: 1.312.822.1064<br>rjm@legalhelpers.com<br>*Attorney for Plaintiff* | By: s/ A. Troy Hunter<br>A. Troy Hunter, WSBA No. 29243<br>2505 Third Avenue, Suite 300<br>Seattle, WA 98121-1445<br>Tel: 1.206.441.4455<br>Fax: 1.206.441.8484<br>thunter@floyd-ringer.com<br>*Attorney for Defendant* |

IT IS SO ORDERED THIS 8th DAY OF April, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

08-CV-05559-ORD